**Brief Stricken and Order filed April 2, 2019**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00053-CV

———————

## IN THE INTEREST OF G.X.H., JR. AND B.X.H., CHILDREN

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-04498J**

## ORDER

Appellant R.L.C. (Mother) is represented by retained counsel, Pamela Williams. The brief Williams filed on March 28, 2019, on behalf of Mother disclosed the names of the parents at issue in this parental-rights termination case, from which the identity of the children may be determined. Tex. R. App. P. 9.8(b)(1)(B). On March 29, 2019, we struck that brief and ordered Mother to file an amended brief that complies with Tex. R. App. P. 9.8(b)(1)(B) by April 3, 2019.

On April 1, 2019, Williams filed an amended brief on behalf of Mother. The amended brief still discloses the names of the parents at issue in this parental-rights termination case. The names appear on the page entitled, "IDENTIFICATION OF

PARTIES AND COUNSEL." An appellant's brief must contain "a complete list of all parties to the . . . order appealed from . . . **except as otherwise provided in Rule 9.8.**" Tex. R. App. P. 38.1(a) (boldface added).

Accordingly, the court orders as follows:

1. Appellant's amended brief, filed April 1, 2019, is **STRICKEN**.

2. To protect the identity of the children at issue in this case, the parents and other family members of the children must be identified only by an alias. Tex. R. App. P. 9.8(b)(1)(B).

3. Williams shall file a brief that complies with Rule 9.8(b)(1) and this order by **April 4, 2018**.

4. If Williams does not file a brief as required by this order:

   a. she may be required to show cause why she should not be held in contempt of court; and

   b. the court may require appointment of new counsel due to the failure to timely file appellant's brief, or the court may dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.9 (a); Tex. R. App. P. 38.8(a).


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Spain